```
                FILED
       CLERK, U.S. DISTRICT COURT

            MAR - 6 2025

       CENTRAL DISTRICT OF CALIFORNIA
       BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>IVAN GRAVEL GONZALEZ,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:24-cr-00005-JAK-2<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _March 11,_____, _2025_____, at _8:30_____ ☒ a.m. / ☐ p.m. before the Honorable _Karen L. Stevenson, Chief United States Magistrate Judge_____, in Courtroom _580_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _March 6, 2025_____

_Karen L. Stevenson_ (signature)

U.S. ~~District Judge~~/Magistrate Judge